UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VANESSA R. GUERIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:05CV1213 CDP |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff seeks fees in the amount $9236.31. Defendant has notified the Court that the parties have conferred and agreed upon an award in the amount of $5500.

On September 14, 2006, I remanded this case to defendant under sentence four of 42 U.S.C. § 405(g) for further development of the record as to the issue of waiver in light of plaintiff's medical and non-medical records already on file with the SSA. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find she is entitled to an award in the amount of $5500.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#20] is granted in part. Defendant Commissioner of Social Security shall pay attorney's fees in the amount of $5500, and that the award be made payable to David D. Camp, Attorney for Plaintiff, 7733 Forsyth Blvd., Suite 500, St. Louis, MO 63105.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of November, 2006.